OPINION — AG — ** CONFLICT OF INTEREST — MUNICIPALITY — COUNCILMEN ** IN ACCORDANCE WITH 62 O.S. 371 [62-371], WHEN THE MANAGER OF A CABLE TELEVISION COMPANY IS ALSO A COUNCIL MEMBER IN THE CITY THE TELEVISION COMPANY SERVES, THE MEMBER 'HAS' AN INTEREST IN ANY CONTRACT WHICH IS ENTERED INTO OR RENEWED DURING THE TIME HE SERVES ON THE CITY COUNCIL. (CONFLICT OF INTEREST, CITY, MUNICIPALITY, CITY COUNCILMEN, PUBLIC CONTRACTS, PUBLIC FINANCE) CITE: OPINION NO. 73-234, OPINION NO. 74-181, OPINION NO. 77-155, OPINION NO. 77-167, OPINION NO. 79-183, OPINION NO. 80-212, 62 O.S. 371 [62-371] (CONTRACT, DIRECTLY OR INDIRECTLY INTERESTED) (BETTY ELROD HUNTER) ** SEE OPINION NO. 91-029 (1992) ** ** SEE OPINION NO. 87-530 (1987) **** SEE OPINION NO. 88-516 (1988) ** == SEE OPINION NO. 88-563 (1988) ==